UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 14-35339

    KIM C FORD

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/05/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-35339    Doc 23    Filed 06/23/15    Entered 06/23/15 11:16:41    Desc Main
              Document      Page 2 of 4

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $161.52 |
| Less amount refunded to debtor | $161.52 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:     $70.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ANIKA MATTHEES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED UROLOGICAL SPECIAL | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 1,000.00 | 334.75 | 334.75 | 0.00 | 0.00 |
| BERNARD HILL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CASS COUNTY CLERK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 9,071.20 | 9,071.20 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,300.00 | 2,993.73 | 2,993.73 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES IN | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| CYBR COLLECT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CYBR COLLECT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 217.00 | 217.53 | 217.53 | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 1.00 | 7,405.65 | 7,405.65 | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 900.00 | NA | NA | 0.00 | 0.00 |
| INGALLS HOSPITAL | Unsecured | 1.00 | 33.24 | 33.24 | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 89.00 | 379.98 | 379.98 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KOMYATTE & ASSOC. | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 220.00 | 669.00 | 669.00 | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSP | Unsecured | 8,183.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CAC LLC | Unsecured | 6,900.00 | 13,749.65 | 13,749.65 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1.00 | 942.95 | 942.95 | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS INC | Unsecured | 216.00 | 379.98 | 379.98 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 103.00 | 1,820.09 | 1,820.09 | 0.00 | 0.00 |
| Rmg Systms | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE IL BENEFIT | Unsecured | 2,546.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1.00 | 1,436.60 | 1,436.60 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,333.00 | 1,959.66 | 1,959.66 | 0.00 | 0.00 |
| WOW INTERNET AND CABLE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,394.01** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/23/2015        By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**